UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| **Lawrence Johnson and Dorothy Johnson,** )<br>)<br>) | 1:10-CV-03003-MBS |
| Plaintiffs, )<br>) | |
| v. )<br>) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **National Action Financial Services, Inc.,** )<br>)<br>) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedures, the Plaintiffs, Lawrence Johnson and Dorothy Johnson, and National Action Financial Services, N.A., by and through their undersigned counsel, hereby jointly request this Court dismiss all claims with prejudice.

DONE this the 7th day of March, 2011.

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed. ID No. 10323
Attorney for the Plaintiff

**OF COUNSEL**:
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

                                    s/Francis M. Mack
                                    Francis M Mack, (Fed ID No. 3261)
                                    Attorney for Defendant

**OF COUNSEL:**
RICHARDSON PLOWDEN & ROBINSON, P.A.
Post Office Drawer 7788
Columbia, SC 29202
(803) 771-4400
(803) 779-0016 Facsimile
fmack@richardsonplowden.com